IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DEVON TIPTON**                                                                **PLAINTIFF**

**VERSUS**                                                       **CIVIL NO. 1:15cv5-HSO-JCG**

**CAROLYN W. COLVIN,**
**Commissioner of Social Security**                                  **DEFENDANT**

## FINAL JUDGMENT

This matter came on to be heard on the Report and Recommendation [18] of United States Magistrate Judge John C. Gargiulo, entered in this case on October 26, 2015, on the Defendant's Motion [16] to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g).  The Court, after a full review and consideration of the Magistrate Judge's Report and Recommendation [18], the record as a whole, and relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, THEREFORE ORDERED AND ADJUDGED,** that this case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g)**.**

**SO ORDERED AND ADJUDGED**, this the 23rd day of November, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE